UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
   BRIAN DIXON KING                               CASE NO. 20-10405
   TARA BROOKE KING                              JUDGE BENJAMIN A. KAHN
   177 CRESTVIEW DRIVE
   ROCKINGHAM, NC  28379

        DEBTORS

SSN(1) XXX-XX-2419      SSN(2) XXX-XX-2930      DATE: 01/15/2021

---

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| AFFILIATED MORTGAGE SERVICES<br>P O BOX 428<br>ROCKY MOUNT, NC  27802 | MONTHLY PMT  $932.00<br>INT: .00%<br>NAME ID: 170515<br>CLAIM #: 0001 | (H) ONGOING-SECURED<br><br>ACCT: 2583<br>COMMENT: DT RERP,CTD EFF AUG20 |
| AFFILIATED MORTGAGE SERVICES<br>P O BOX 428<br>ROCKY MOUNT, NC  27802 | $2,796.00<br>INT: .00%<br>NAME ID: 170515<br>CLAIM #: 0002 | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT: 2583<br>COMMENT: ARR MAY THRU JUL20 |
| AFFILIATED MORTGAGE SERVICES<br>P O BOX 428<br>ROCKY MOUNT, NC  27802 | $779.34<br>INT: .00%<br>NAME ID: 170515<br>CLAIM #: 0003 | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT: 2583<br>COMMENT: ARR THRU APR20 |
| ALLEGACY FCU<br>1691 WESTBROOK PLAZA DR<br>WINSTON SALEM, NC  27103 | $0.00<br>INT: .00%<br>NAME ID: 45595<br>CLAIM #: 0010 | (U) UNSECURED<br>NOT FILED<br>ACCT: 0443<br>COMMENT: |
| ALLY FINANCIAL<br>ATTN BANKRUPTCY<br>P O BOX 380901<br>BLOOMINGTON, MN  55438 | $0.00<br>INT: .00%<br>NAME ID: 170419<br>CLAIM #: 0011 | (U) UNSECURED<br>NOT FILED<br>ACCT: 1419<br>COMMENT: |
| ALLY FINANCIAL<br>ATTN BANKRUPTCY<br>P O BOX 380901<br>BLOOMINGTON, MN  55438 | $0.00<br>INT: .00%<br>NAME ID: 170419<br>CLAIM #: 0012 | (U) UNSECURED<br>NOT FILED<br>ACCT: 2274<br>COMMENT: |
| ALLY FINANCIAL<br>ATTN BANKRUPTCY<br>P O BOX 380901<br>BLOOMINGTON, MN  55438 | $0.00<br>INT: .00%<br>NAME ID: 170419<br>CLAIM #: 0013 | (U) UNSECURED<br>NOT FILED<br>ACCT: 0778<br>COMMENT: |
| ALPHA RECOVERY CORP<br>6912 S QUENTIN ST STE 10<br>CENTENNIAL, CO  80112 | $0.00<br>INT: .00%<br>NAME ID: 181426<br>CLAIM #: 0014 | (U) UNSECURED<br>NOT FILED<br>ACCT: 4644<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| AMERICAN HONDA FINANCE CORP<br>NATIONAL RECOVERY CENTER<br>P O BOX 166469<br>IRVING, TX  75016-6469 | $0.00<br>INT:  .00%<br>NAME ID: 20384<br>CLAIM #:  0015 | (U) UNSECURED<br>NOT FILED<br>ACCT: 3719<br>COMMENT: |
| AMERICAN HONDA FINANCE<br>CORPORATION<br>P O BOX 168088<br>IRVING, TX  75016 | $3,557.92<br>INT:  6.25%<br>NAME ID: 170178<br>CLAIM #:  0006 | (S) SECURED<br><br>ACCT: 7168<br>COMMENT: 16HOND,ATV |
| BB&T<br>P O BOX 1847<br>WILSON, NC  27894 | $0.00<br>INT:  .00%<br>NAME ID: 112695<br>CLAIM #:  0016 | (U) UNSECURED<br>NOT FILED<br>ACCT: 1001<br>COMMENT: |
| BB&T<br>P O BOX 1847<br>WILSON, NC  27894 | $0.00<br>INT:  .00%<br>NAME ID: 112695<br>CLAIM #:  0017 | (U) UNSECURED<br>NOT FILED<br>ACCT: 4200<br>COMMENT: |
| BB&T<br>P O BOX 1847<br>WILSON, NC  27894 | $0.00<br>INT:  .00%<br>NAME ID: 112695<br>CLAIM #:  0018 | (U) UNSECURED<br>NOT FILED<br>ACCT: 4604<br>COMMENT: |
| BB&T<br>P O BOX 1847<br>WILSON, NC  27894 | $0.00<br>INT:  .00%<br>NAME ID: 112695<br>CLAIM #:  0019 | (U) UNSECURED<br>NOT FILED<br>ACCT: 5709<br>COMMENT: |
| BB&T<br>P O BOX 1847<br>WILSON, NC  27894 | $0.00<br>INT:  .00%<br>NAME ID: 112695<br>CLAIM #:  0020 | (U) UNSECURED<br>NOT FILED<br>ACCT: 1001<br>COMMENT: |
| CAPITAL ONE NA<br>BY AMERICAN INFORSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $7,031.36<br>INT:  .00%<br>NAME ID: 180320<br>CLAIM #:  0021 | (U) UNSECURED<br><br>ACCT: 5621<br>COMMENT: |
| CITIBANK NA<br>6716 GRADE LN BLG 9 STE 910<br>PY DEPT<br>LOUISVILLE, KY  40213 | $1,988.86<br>INT:  .00%<br>NAME ID: 174688<br>CLAIM #:  0057 | (U) UNSECURED<br><br>ACCT: 6735<br>COMMENT: |
| COLLEGE FOUNDATION INC<br>P O BOX 40877<br>RALEIGH, NC  40877 | $0.00<br>INT:  .00%<br>NAME ID: 181663<br>CLAIM #:  0025 | (U) UNSECURED<br>NOT FILED<br>ACCT: 1339<br>COMMENT: |
| COLLEGE FOUNDATION INC<br>P O BOX 40877<br>RALEIGH, NC  40877 | $0.00<br>INT:  .00%<br>NAME ID: 181663<br>CLAIM #:  0026 | (U) UNSECURED<br>NOT FILED<br>ACCT: 1239<br>COMMENT: |
| COLLEGE FOUNDATION INC<br>P O BOX 40877<br>RALEIGH, NC  40877 | $0.00<br>INT:  .00%<br>NAME ID: 181663<br>CLAIM #:  0027 | (U) UNSECURED<br>NOT FILED<br>ACCT: 1139<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| COLLEGE FOUNDATION INC<br>P O BOX 40877<br>RALEIGH, NC  40877 | $0.00<br>INT:  .00%<br>NAME ID: 181663<br>CLAIM #: 0028 | (U) UNSECURED<br>NOT FILED<br>ACCT: 1039<br>COMMENT: |
| COLLEGE FOUNDATION INC<br>P O BOX 40877<br>RALEIGH, NC  40877 | $0.00<br>INT:  .00%<br>NAME ID: 181663<br>CLAIM #: 0029 | (U) UNSECURED<br>NOT FILED<br>ACCT: 0939<br>COMMENT: |
| COLLEGE FOUNDATION INC<br>P O BOX 40877<br>RALEIGH, NC  40877 | $0.00<br>INT:  .00%<br>NAME ID: 181663<br>CLAIM #: 0030 | (U) UNSECURED<br>NOT FILED<br>ACCT: 0839<br>COMMENT: |
| DLL FINANCE LLC<br>P O BOX 2000<br>JOHNSTON, IA  50131 | $0.00<br>INT:  .00%<br>NAME ID: 171892<br>CLAIM #: 0031 | (U) UNSECURED<br>NOT FILED<br>ACCT: 1000<br>COMMENT: |
| FARM BUREAU BANK<br>P O BOX 33427<br>SAN ANTONIO, TX  78265 | $0.00<br>INT:  .00%<br>NAME ID: 169562<br>CLAIM #: 0032 | (U) UNSECURED<br>NOT FILED<br>ACCT: 0051<br>COMMENT: |
| FREEDOM PLUS<br>FREEDOM FINANCIAL ASSET MGMT LLC<br>WELLS FARGO BANK LOCKBOX 204791<br>2975 REGENT BLVD<br>IRVING, TX  75063 | $20,827.98<br>INT:  .00%<br>NAME ID: 182092<br>CLAIM #: 0033 | (U) UNSECURED<br><br>ACCT: 7664<br>COMMENT: |
| JPMORGAN CHASE BANK NA<br>P O BOX 15368<br>WILMINGTON, DE  19850 | $717.20<br>INT:  .00%<br>NAME ID: 177188<br>CLAIM #: 0022 | (U) UNSECURED<br><br>ACCT: 4021<br>COMMENT: |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $1,562.07<br>INT:  .00%<br>NAME ID: 43307<br>CLAIM #: 0023 | (U) UNSECURED<br><br>ACCT: 7282<br>COMMENT: |
| MERRICK BANK<br>ATTN MANAGING AGENT<br>P O BOX 5000<br>DRAPER, UT  84020-5000 | $0.00<br>INT:  .00%<br>NAME ID: 119325<br>CLAIM #: 0034 | (U) UNSECURED<br>NOT FILED<br>ACCT: 0611<br>COMMENT: |
| MIDLAND CREDIT MANAGEMENT INC<br>P O BOX 2037<br>WARREN, MI  48090 | $26,484.06<br>INT:  .00%<br>NAME ID: 177774<br>CLAIM #: 0035 | (U) UNSECURED<br><br>ACCT: 1487<br>COMMENT: |
| ONEMAIN FINANCIAL SERVICES INC<br>P O BOX 3251<br>EVANSVILLE, IN  47731-3251 | $0.00<br>INT:  .00%<br>NAME ID: 169862<br>CLAIM #: 0037 | (U) UNSECURED<br>NOT FILED<br>ACCT: 8445<br>COMMENT: |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $1,872.11<br>INT:  .00%<br>NAME ID: 68146<br>CLAIM #: 0024 | (U) UNSECURED<br><br>ACCT: 7707<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $9,146.06<br>INT:  .00%<br>NAME ID: 68146<br>CLAIM #:  0047 | (U) UNSECURED<br><br>ACCT: 5954<br>COMMENT: |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $8,567.01<br>INT:  .00%<br>NAME ID: 68146<br>CLAIM #:  0052 | (U) UNSECURED<br><br>ACCT: 6823<br>COMMENT:  LOWES |
| PRA RECEIVABLES MANAGEMENT LLC<br>% PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $5,580.50<br>INT:  .00%<br>NAME ID: 118583<br>CLAIM #:  0036 | (U) UNSECURED<br><br>ACCT: 1623<br>COMMENT:  820TFCL |
| PROSPER FUNDING LLC<br>221 MAIN ST STE 300<br>SAN FRANCISCO, CA  94105 | $0.00<br>INT:  .00%<br>NAME ID: 156018<br>CLAIM #:  0038 | (U) UNSECURED<br>NOT FILED<br>ACCT: 9519<br>COMMENT: |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>VELOCITY INVESTMENTS LLC<br>P O BOX 788<br>KIRKLAND, WA  98083-0788 | $14,292.12<br>INT:  .00%<br>NAME ID: 164533<br>CLAIM #:  0059 | (U) UNSECURED<br><br>ACCT: 9519<br>COMMENT: |
| REV FCU FKA HERITAGE TRUST FCU<br>P O BOX 118000<br>CHARLESTON, SC  29423 | $0.00<br>INT:  .00%<br>NAME ID: 182508<br>CLAIM #:  0008 | (S) SECURED<br>SURRENDERED<br>ACCT: 1340<br>COMMENT:  18BOAT,REL |
| RICHMOND CO REGISTER OF DEEDS<br>114 E FRANKLIN ST #101<br>ROCKINGHAM, NC  28379-3601 | $52.00<br>INT:  .00%<br>NAME ID: 1885<br>CLAIM #:  0065 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| SPRINGLEAF FINANCIAL<br>*UNDELIVERABLE*, | $0.00<br>INT:  .00%<br>NAME ID: 156052<br>CLAIM #:  0042 | (U) UNSECURED<br>NOT FILED<br>ACCT: 0349<br>COMMENT: |
| STATE EMPLOYEES CREDIT UNION<br>BANKRUPTCY DEPT<br>P O BOX 25279<br>RALEIGH, NC  27611 | $0.00<br>INT:  .00%<br>NAME ID: 128771<br>CLAIM #:  0039 | (S) SECURED<br>SURRENDERED<br>ACCT: 1851<br>COMMENT:  OC,SHARES,REL |
| STATE EMPLOYEES CREDIT UNION<br>ATTN OFFICER<br>P O BOX 25279<br>RALEIGH, NC  27611 | $0.00<br>INT:  .00%<br>NAME ID: 170064<br>CLAIM #:  0040 | (U) UNSECURED<br>NOT FILED<br>ACCT: 1851<br>COMMENT: |
| STATE EMPLOYEES CREDIT UNION<br>ATTN OFFICER<br>P O BOX 25279<br>RALEIGH, NC  27611 | $0.00<br>INT:  .00%<br>NAME ID: 170064<br>CLAIM #:  0041 | (U) UNSECURED<br>NOT FILED<br>ACCT: 1801<br>COMMENT: |
| STATE EMPLOYEES CREDIT UNION<br>BANKRUPTCY DEPT<br>P O BOX 25279<br>RALEIGH, NC  27611 | $7,551.85<br>INT:  .00%<br>NAME ID: 128771<br>CLAIM #:  0064 | (U) UNSECURED<br><br>ACCT: 1851<br>COMMENT:  SPLIT |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---|---|---|
| SUNTRUST BANK<br>P O BOX 85526<br>RICHMOND, VA  23285-5526 | $0.00<br>INT: .00%<br>NAME ID: 123055<br>CLAIM #: 0043 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 5067<br>COMMENT: |
| SYNCB/WALMART<br>*UNDELIVERABLE*, | $0.00<br>INT: .00%<br>NAME ID: 182061<br>CLAIM #: 0046 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 5621<br>COMMENT: |
| SYNCHRONY BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>P O BOX 530912<br>ATLANTA, GA  30353-0912 | $13,600.00<br>INT: 6.25%<br>NAME ID: 179330<br>CLAIM #: 0007 | | (S) SECURED<br><br>ACCT: 3234<br>COMMENT: UTV,POLARIS |
| SYNCHRONY BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>P O BOX 530912<br>ATLANTA, GA  30353-0912 | $1,322.01<br>INT: .00%<br>NAME ID: 179330<br>CLAIM #: 0009 | | (U) UNSECURED<br><br>ACCT: 9569<br>COMMENT: POLARIS |
| SYNCHRONY BANK<br>P O BOX 965060<br>ORLANDO, FL  32896 | $0.00<br>INT: .00%<br>NAME ID: 149787<br>CLAIM #: 0044 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 0987<br>COMMENT: POLARIS |
| SYNCHRONY BANK<br>P O BOX 965060<br>ORLANDO, FL  32896 | $0.00<br>INT: .00%<br>NAME ID: 149787<br>CLAIM #: 0045 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 0475<br>COMMENT: PPC |
| SYNCHRONY BANK<br>P O BOX 965060<br>ORLANDO, FL  32896 | $0.00<br>INT: .00%<br>NAME ID: 149787<br>CLAIM #: 0048 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 5606<br>COMMENT: |
| SYNCHRONY BANK<br>P O BOX 965060<br>ORLANDO, FL  32896 | $0.00<br>INT: .00%<br>NAME ID: 149787<br>CLAIM #: 0049 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 0195<br>COMMENT: |
| SYNCHRONY BANK<br>P O BOX 965064<br>ORLANDO, FL  32896-5064 | $0.00<br>INT: .00%<br>NAME ID: 155789<br>CLAIM #: 0050 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 4174<br>COMMENT: JC PENNEY |
| SYNCHRONY BANK<br>P O BOX 965064<br>ORLANDO, FL  32896-5064 | $0.00<br>INT: .00%<br>NAME ID: 155789<br>CLAIM #: 0051 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 0535<br>COMMENT: CARE CREDIT |
| SYNCHRONY BANK<br>P O BOX 965060<br>ORLANDO, FL  32896 | $0.00<br>INT: .00%<br>NAME ID: 149787<br>CLAIM #: 0053 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 4554<br>COMMENT: LOWES |
| SYNCHRONY BANK<br>P O BOX 965060<br>ORLANDO, FL  32896 | $0.00<br>INT: .00%<br>NAME ID: 149787<br>CLAIM #: 0054 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 4995<br>COMMENT: LOWES |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| SYNCHRONY BANK<br>P O BOX 965060<br>ORLANDO, FL  32896 | $0.00<br>INT:  .00%<br>NAME ID: 149787<br>CLAIM #: 0055 | (U) UNSECURED<br>NOT FILED<br>ACCT: 3548<br>COMMENT:  MTD POWER |
| SYNCHRONY BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>P O BOX 530912<br>ATLANTA, GA  30353-0912 | $1,983.06<br>INT:  .00%<br>NAME ID: 179330<br>CLAIM #: 0066 | (U) UNSECURED<br><br>ACCT: 3234<br>COMMENT:  SPLIT |
| TDRCS<br>ATTN BANKRUPTCY<br>70 GRAY RD<br>FALMOUTH, ME  04105 | $0.00<br>INT:  .00%<br>NAME ID: 182062<br>CLAIM #: 0056 | (U) UNSECURED<br>NOT FILED<br>ACCT: 2224<br>COMMENT:  CUB CADET |
| US BANK NA<br>P O BOX 5227<br>CINCINNATI, OH  45201-5227 | $770.91<br>INT:  .00%<br>NAME ID: 165468<br>CLAIM #: 0058 | (U) UNSECURED<br><br>ACCT: 5967<br>COMMENT: |
| W S BADCOCK CORPORATION<br>ATTN OFFICER/MANAGING AGENT<br>P O BOX 497<br>MULBERRY, FL  33860 | $0.00<br>INT:  .00%<br>NAME ID: 170899<br>CLAIM #: 0060 | (U) UNSECURED<br>NOT FILED<br>ACCT: 3065<br>COMMENT: |
| WELLS FARGO BANK NA<br>DBA WELLS FARGO AUTO<br>P O BOX 17900<br>DENVER, CO  80217-0900 | $20,700.24<br>INT: 6.25%<br>NAME ID: 172186<br>CLAIM #: 0004 | (V) VEHICLE-SECURED<br><br>ACCT: 8340<br>COMMENT:  16DODG |
| WELLS FARGO BANK NA<br>DBA WELLS FARGO AUTO<br>P O BOX 17900<br>DENVER, CO  80217-0900 | MONTHLY PMT  $567.17<br>INT:  .00%<br>NAME ID: 172186<br>CLAIM #: 0005 | (Y) VEHICLE-ONGOING<br><br>ACCT: 5321<br>COMMENT:  17JEEP,CTD EFF AUG20 |
| WELLS FARGO BANK NA<br>DBA WELLS FARGO AUTO<br>P O BOX 17900<br>DENVER, CO  80217-0900 | $0.00<br>INT:  .00%<br>NAME ID: 172186<br>CLAIM #: 0062 | (S) SECURED<br>AMENDED<br>ACCT:<br>COMMENT:  520ACLM/WDRWN |
| WELLS FARGO BANK NA<br>DBA WELLS FARGO AUTO<br>P O BOX 17900<br>DENVER, CO  80217-0900 | $0.00<br>INT:  .00%<br>NAME ID: 172186<br>CLAIM #: 0063 | (S) SECURED<br>AMENDED<br>ACCT: 5321<br>COMMENT:  520C/WDRN |
| WELLS FARGO BANK NA<br>DBA WELLS FARGO AUTO<br>P O BOX 17900<br>DENVER, CO  80217-0900 | $1,701.51<br>INT:  .00%<br>NAME ID: 172186<br>CLAIM #: 0067 | (R) ARREARAGE-SECURED<br><br>ACCT: 5321<br>COMMENT:  17JEEP,ARR THRU JUL20 |
| WELLS FARGO DEALER SERVICES<br>ATTN BANKRUPTCY<br>1100 CORPORATE CENTER DR<br>RALEIGH, NC  27607 | $0.00<br>INT:  .00%<br>NAME ID: 182060<br>CLAIM #: 0061 | (U) UNSECURED<br>NOT FILED<br>ACCT: 5001<br>COMMENT: |
| **TOTAL:** | **$154,383.34** | |
| BRETT SMITH YAUGER ESQ<br>P O BOX 637<br>CARTHAGE, NC  28327 | $4,525.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER,
TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtors or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>Clerk, U.S. Bankruptcy Court
>101 S. Edgeworth Street
>P.O. Box 26100
>Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  01/15/2021                                                          OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc:  Debtors
    Attorney for Debtors - Electronic Notice